| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Hector Rivera | Telephone: | (313) 771- 6645 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Marco Antonio PEREZ-DELGADILLO, a/k/a
Marco DELGADILLO

Case: 2:25−mj−30467
Assigned To : Unassigned
Assign. Date : 7/22/2025
Description: CMP USA v
Perez−Delgadillo (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 19, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(1) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

_Hector R___
*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 22, 2025 _____

_____
*Judge's signature*

City and state: _Detroit, MI_

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007.  I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Marco Antonio PEREZ-DELGADILLO, also known as Marco DELGADILLO, an alien who has previously been removed from the United States on or about June 09, 2016, at or near Hidalgo, Texas, and was thereafter found in the United States on or about July 19, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a), (b)(1).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to PEREZ-DELGADILLO. I have not included every fact known to law enforcement related to this investigation.

4. PEREZ-DELGADILLO is a thirty-four-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about February 16, 2009, the Michigan State Police Metro North Post arrested PEREZ-DELGADILLO on a misdemeanor traffic offense, disposition unknown.

1

6. On or about January 13, 2010, the 35th District Court in Michigan convicted PEREZ-DELGADILLO of Operating-License Suspended, Revoked, Denied and sentenced him to F/C/R in the amount of $803.

7. On or about March 23, 2010, the 52-4 District Court in Michigan convicted PEREZ-DELGADILLO of Operating-License Suspended, Revoked, Denied and sentenced him to F/C/R in the amount of $147.

8. On or about May 06, 2010, the Canton Township Department of Public Safety in Michigan arrested PEREZ-DELGADILLO on a misdemeanor traffic offense. On May 24, 2010, the 35th District Court in Michigan issued PEREZ-DELGADILLO a bench warrant for failing to appear.

9. On or about August 12, 2010, the 6th Circuit Court in Michigan convicted PEREZ-DELGADILLO on Controlled Substance-Possess (Cocaine, Heroin or Another Narcotic) Less than 25 grams and Operating-License Suspended, Revoked/Denied Allowing Suspended Person to Operate-2nd or Sub Offense. The 6th Circuit Court sentenced PEREZ-DELGADILLO to 39 days in jail.

10. On or about September 21, 2010, Immigration and Customs Enforcement (ICE) Officers encountered PEREZ-DELGADILLO near Detroit, Michigan and served him with a Stipulated Removal Order. On September 24, 2010, an Immigration Judge in Detroit, Michigan ordered PEREZ-DELGADILLO removed to Mexico. On or about October 05, 2010, ICE removed PEREZ-DELGADILLO from the United States to Mexico via the Laredo, Texas port of entry.

11. On or about October 21, 2013, the United States Border Patrol (USBP) encountered PEREZ-DELGADILLO at or near Batavia, New York and served him with an I-871, Notice of Intent/ Decision to Reinstate Prior Order.

12. On or about February 26, 2014, the United States District Court in the Western District of New York convicted PEREZ-DELGADILLO of Unlawful Re-Entry, in violation of 8 USC §1326 (a), and sentenced him to time served.

2

13. On or about March 06, 2014, ICE removed PEREZ-DELGADILLO from the United States to Mexico via the Brownsville, Texas port of entry.

14. On April 1, 2016, the Waterford Town Police Department in New York arrested PEREZ-DELGADILLO and charged him with Driving While Intoxicated-1st Offense, Operating Motor Vehicle with .08 of 1% Alcohol or more in Blood-1st Offense, Reckless Driving, No License, Unsafe Movement of Stopped Motor Vehicle, Speed Violation and Operating Motor Vehicle without Stop Lamps charges. The case appears to be in warrant status.

15. On or about April 4, 2016, ICE Officers encountered PEREZ-DELGADILLO near Latham, New York and served him with an I-871, Notice of Intent/ Decision to Reinstate Prior Order.

16. On or about May 18, 2016, the United States District Court in the Northern District of New York convicted PEREZ-DELGADILLO of Unlawful Re-Entry in violation of 8 USC §1326 (a), (b)(1) and sentenced him to time served.

17. On or about June 9, 2016, ICE removed PEREZ-DELGADILLO from the United States to Mexico via the Hidalgo, Texas port of entry.

18. On or about February 5, 2024, USBP encountered PEREZ-DELGADILLO at or near Santa Teresa, New Mexico and voluntary returned him back to Mexico on the same day.

19. On July 18, 2025, an I-247 ICE Detainer was lodged against  PEREZ-DELGADILLO at the Dearborn Police Department pending Operating While Intoxicated, Failed to Stop or Identify after Accident, and Drove While License Not Valid or Improper License charges. On July 19, 2025, the Dearborn Police Department released PEREZ-DELGADILLO to ICE custody.

20.  While in ICE custody, PEREZ-DELGADILLO stated his name to be Marco Antonio PEREZ-DELGADILLO, and stated he is a citizen and national of Mexico. Officers placed PEREZ-DELGADILLO under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

3

21. Deportation Officers transported PEREZ-DELGADILLO to the Detroit Field Office for processing. The arrest and subsequent detention of PEREZ-DELGADILLO was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

22. PEREZ-DELGADILLO's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Marco Antonio PEREZ-DELGADILLO, a native and citizen of Mexico who had previously been removed from the United States.

23. A review of PEREZ-DELGADILLO's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that PEREZ-DELGADILLO did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on June 9, 2016.

24. On July 19, 2025, ICE-ERO served PEREZ-DELGADILLO with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

25. Based on the above information, I believe there is probable cause to conclude that Marco Antonio PEREZ-DELGADILLO is an alien who has previously been removed from the United States on or about June 9, 2016, at or near Hidalgo, Texas and was thereafter found in the United States on or about July 19, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a), (b)(1).

4

_Complainant's signature_

Hector Rivera, Deportation Officer, ICE ERO
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

July 22, 2025

5